ACCEPTED
14-13-01078-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 6:12:01 PM
CHRISTOPHER PRINE
CLERK

**Cause Nos. 14-13-01077-CR and 14-13-01078-CR**

**IN THE COURT OF APPEALS
FOR THE
FOURTEENTH JUDICIAL DISTRICT OF TEXAS
AT HOUSTON**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 6:12:01 PM
CHRISTOPHER A. PRINE
Clerk

**JACQUALIEN GRANT,
Appellant**

**v.**

**THE STATE OF TEXAS,
Appellee.**

**Appeal from Cause Nos. 13806096 and 1386097
In the 185th District Court of
Harris County, Texas**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE SUPPLEMENTAL BRIEF**

_____

TO THE HONORABLE JUSTICES OF THE FOURTEENTH DISTRICT COURT OF APPEALS:

Appellant, **JACQUALIEN GRANT**, by and through his Counsel of Record,

**CARMEN M. ROE**, files this Motion to Extend Time to File Supplemental Brief For

Appellant and in support shows this Court the following:

## I.

Appellant was convicted in the 185th District Court of Harris County, Texas, in Cause No. 1386906 and 1386097, for the offense of aggravated kidnapping and sexual assault. Punishment was assessed at life in the Texas Department of Criminal Justice Institutional Division.

## II.

The Appellant's brief was filed April 15, 2014. The State's brief was filed June 18, 2014. Oral Argument was granted and set for December 18, 2014. On December 12, 2014, this Court issued a letter-ordering Appellant to file a response in regards to Appellant's conviction in Cause No. 14-13-01087-CR. Thereafter, Appellant filed a motion to postpone submission and extend time to file an Supplemental Brief. This Court granted two motions to extend time and Appellant's Supplemental Brief was now due February 13, 2015.

## III.

Appellant now requests a final extension of time until February 20, 2015 to file its Supplemental Brief and attaches it to this motion. Counsel requests the additional extension of because Counsel is a solo-practitioner with the following briefs due: *United States v. Gonzalo Mosso-De Jesus* and *State v. Frank Distefano*. Counsel completed a motion for new trial due in *State v. Mashood Uddin*, a petition for discretionary review due in *State v. Zachary Hernandez*, and has oral argument scheduled in *State v. Marcos*

*Flores.* For these reasons, counsel has been unable to submit the Appellant's Brief on the due date and hereby requests an extension of time. For all these reasons, Counsel is requesting a final extension of time and attaches its supplemental brief to this filing.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend the time for filing Appellant's Supplemental Brief in this cause until February 20, 2015.

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen M. Roe*

**CARMEN M. ROE**
**LAW OFFICE OF CARMEN M. ROE**
SBN: 24048773
440 Louisiana, Suite 900
Houston, Texas 77002
713.236.7755 Phone
713.236.7756 Fax
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served to the Harris County District Attorney, Appellate Division, 1201 Franklin Street, Houston, Texas 77002, on February 20, 2015.

*/s/ Carmen M. Roe*

**CARMEN M. ROE**